# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. LUNA,<br><br>    Plaintiff,<br><br>vs.<br><br>PTLM. ALLISON #442, PTLM. EDMONDS #431, PTLM. FATICA #461, PTLM. EICHER #414,<br><br>    Defendants, | 1:18-CV-00139-NBF<br>Judge Nora Barry Fischer<br>Magistrate Judge Susan Paradise Baxter |

## ORDER OF COURT

AND NOW, this 15th day of June, 2018, after the Plaintiff Michael Luna filed a Motion for Release from Custody in the above-captioned case, (Docket No. [4]), and a Report and Recommendation was filed by the United States Magistrate Judge recommending that such motion be denied and granting non-ecf users such as Plaintiff until June 11, 2018, to file written objections thereto, (Docket No. [6]), and Plaintiff having failed to file any objections by the established deadline, and upon independent review of the record,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation is adopted as the Opinion of the Court;

IT IS FURTHER ORDERED that Plaintiff's Motion for Release from Custody [4] is DENIED.

                                          s/Nora Barry Fischer
                                          Nora Barry Fischer
                                          U.S. District Judge

cc:  Michael A. Luna
      ID #21841
      Erie County Prison
      1618 Ash Street
      Erie, PA 16503

    (via first class mail)